**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

GONZALO MOTA-RIVERA,

    Plaintiff,

       v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

CIVIL ACTION NO. 3:13-CV-58

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this _____1_____$^{st}$ day of February, 2013, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 4) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)    The Report & Recommendation (Doc. 4) is **ADOPTED**.

(2)    Plaintiff Gonzalo Mota-Rivera's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is **GRANTED**.

(3)    Plaintiff Gonzalo Mota-Rivera's claims against individual Defendants Erika Fenstermaker, Ronnie Holt, Henry Sadowski, and Food Service Administrator Ryan are **DISMISSED with prejudice**.

(4)    Plaintiff Gonazlo Mota-Rivera may **PROCEED** with his action against Defendant United States of America.

(5)    The matter is **RECOMMITTED** to Magistrate Judge Carlson for further proceedings.

 

A. Richard Caputo
United States District Judge